IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-00327-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOHNNY B. LEVERETT;
SRN LTD, LLC;
DIANE E. MARTIN TRUST, DIANNE E. MARTIN, TRUSTEE;
CAVA, INC.;
CITIBANK SOUTH DAKOTA NA;
ROBERT N. SHARPE;
HARVEST CREDIT MANAGEMENT;
BONDED BUSINESS SERVICES LTD;
GREEN MESA RANCH ASSOCIATION; and
COLORADO DEPARTMENT OF REVENUE,

      Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **two day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **July 6, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **June 22, 2015 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 14th day of October, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge